No. 90–1104. NAACP, DETROIT BRANCH, ET AL. *v.* DETROIT POLICE OFFICERS ASSN. ET AL. C. A. 6th Cir. Motion of Society of American Law Teachers et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮▮▮▮▮▮

No. 90–1121. GODLOVE *v.* BAMBERGER, FOREMAN, OSWALD & HAHN ET AL. C. A. 7th Cir. Motion of petitioner to file corrected petition for writ of certiorari granted. Certiorari denied. ▮▮▮▮▮▮

No. 90–6383. GORDON *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 90–6540. CLOZZA *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir.; and

No. 90–6628. WAINWRIGHT *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. Reported below: No. 90–6383, 50 Cal. 3d 1223, 792 P. 2d 251; No. 90–6540, 913 F. 2d 1092; No. 90–6628, 302 Ark. 371, 790 S. W. 2d 420.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

▮▮▮▮▮▮

No. 90–5701. ARNOLIE *v.* SECRETARY OF THE NAVY, 498 U. S. 1049;

No. 90–5961. PLETTEN *v.* MERIT SYSTEMS PROTECTION BOARD ET AL., 498 U. S. 1053;

No. 90–6189. SRUBAR *v.* UNITED STATES, 498 U. S. 1049;

No. 90–6205. SCOTT *v.* CALIFORNIA, 498 U. S. 1050;

No. 90–6215. STEWARD *v.* GARRETT, SECRETARY OF THE NAVY, ET AL., 498 U. S. 1035;

No. 90–6285. FROST *v.* CALIFORNIA ET AL., 498 U. S. 1051;

No. 90–6341. GALLARDO *v.* UNITED STATES, 498 U. S. 1038;

No. 90–6359. MUTH *v.* CENTRAL BUCKS SCHOOL DISTRICT ET AL., 498 U. S. 1052;

No. 90–6373. RICHARDS ET AL. *v.* MEDICAL CENTER OF DELAWARE, INC., ET AL., 498 U. S. 1072; and

No. 90–6395. WRIGHT *v.* NEW YORK, 498 U. S. 1073. Petitions for rehearing denied.